UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

LEON PRICE EUGENE,

    Plaintiff,

    v.

SPEARS, et al.,

    Defendants.

Case No. 25-cv-01236-JCS

**ORDER OF TRANSFER**

All named defendants in this 42 U.S.C. § 1983 were at the time of the events giving rise to plaintiff's claims employees of the San Joaquin County Jail, where the events giving rise to the claims took place. San Joaquin lies in the Eastern District of California. Accordingly, this action is TRANSFERRED to the Eastern District of California wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and the named defendants reside in the Eastern District. *See* 28 U.S.C. §§ 84(b), 1391(b), and 1406(a).

The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

Dated: February 6, 2025

_____
JOSEPH C. SPERO
United States Magistrate Judge