**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

EUGENE LEON PRICE,

Plaintiff,

v.

SPEARS, et al.,

Defendants.

No. 2:25-cv-0474-ICD-P

ORDER

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the Court are Plaintiff's motions for leave to amend the operative first amended complaint. ECF Nos. 24, 29, and 30.

Plaintiff initiated this action with a pro se complaint filed on February 5, 2025, in the United States District Court for the Northern District of California. ECF No. 1. Thereafter, the matter was transferred to this Court. ECF No. 4. On June 9, 2025, the Court issued an order screening the original complaint and permitting Plaintiff to file a first amended complaint. ECF No. 18. Plaintiff filed his first amended complaint pursuant to the June 9, 2025, order on June 30, 2025. ECF No. 19. On July 15, 2026, the Court issued an order determining that service of the first amended complaint was appropriate and directing Plaintiff to submit documents necessary for service by the United States Marshal. ECF No. 23. Plaintiff submitted the required documents on July 31, 2026. ECF No. 25. At the same time, Plaintiff filed the first of three pending motions seeking leave to amend. ECF No. 24. On August 19, 2026, the Court ordered the United States Marshal to serve the first amended complaint. ECF No. 27. Following issuance of this order, Plaintiff filed the second and third of three pending motions seeking leave to amend. ECF Nos. 29 and 30. In the pending motions for leave to amend, Plaintiff seeks leave to file an amended complaint which asserts a new damages demand, requests a jury trial, adds new parties,

and adds new claims. ECF Nos. 24, 29, and 30.

The Federal Rules of Civil Procedure provide that a party may amend his or her pleading once as a matter of course within 21 days of serving the pleading or, if the pleading is one to which a responsive pleading is required, within 21 days after service of the responsive pleading, *see* Fed. R. Civ. P. 15(a)(1)(A), or within 21 days after service of a motion under Rule 12(b), (e), or (f) of the rules, whichever time is earlier, *see* Fed. R. Civ. P. 15(a)(1)(B). In all other situations, a party's pleadings may only be amended upon leave of court or stipulation of all the parties. *See* Fed. R. Civ. P. 15(a)(2). Here, Plaintiff's first amended complaint was filed pursuant to the Court's June 9, 2025, order and not as-of-right under Rule 15. Plaintiff's current motions for leave to further amend are unnecessary because no answer or motion under Rule 12(b) has been filed in response to the first amended complaint. Given that Plaintiff has not filed a proposed amended complaint, the Court will by this order set a deadline for Plaintiff to file a second amended complaint. The July 15, 2026, order determining service of the first amended complaint is appropriate will be vacated pending submission of a second amended complaint. Plaintiff is cautioned that, if no second amended complaint is filed within the time permitted therefor, the action will proceed on the first amended complaint and the Court will re-issue the July 15, 2026, order directing service thereof by the United States Marshal.

Accordingly, IT IS HEREBY ORDERED as follows:

1. Plaintiff's motions for leave to amend, ECF Nos. 24, 29, and 30, are DENIED as unnecessary.

2. Plaintiff shall file a second amended complaint within 30 days of the date of this order.

3. The Court's July 15, 2026, order is VACATED.

Dated: October 27, 2026

ILA C. DEISS
UNITED STATES MAGISTRATE JUDGE